# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Nyeka J. Crandall | : | Chapter 7 |
| | : | Case No 25-12051-djb |
| Debtor | : | |
| | : | |

## O R D E R

AND NOW, this _____ day of _____, 2025, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before July 4, 2025.

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE